**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01197-CR

**LAWRENCE ANTHONY KOSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1341780-S**

## ORDER

The Court has before it the State's July 26, 2016 motion to unseal the trial court's exhibit 1, the Forensic Dual Diagnosis Evaluation Report (CATS Report). The State argues the content and language of the report is pivotal to the sole issue appellant raises on appeal and that unsealing the record would allow the State to properly and adequately respond to appellant's allegations. The State further notes that the record is silent as to why the trial court sealed the document. Appellant did not respond to the State's motion but signed a waiver of confidentiality before he was assessed and the CATS Report was completed.

We **GRANT** the State's July 26, 2016 motion. We **DIRECT** the Clerk to designate the trial court's exhibit 1 as unsealed for the limited purpose of this appeal.

/s/ ADA BROWN
   JUSTICE